UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **J.N., a minor, by his next friend,** ) | |
| **Barbara Perry,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 4:09cv1351 TCM |
| ) | |
| **IMAGINE ACADEMY OF CAREERS** ) | |
| **IN ST. LOUIS, INC., d/b/a Imagine** ) | |
| **College Preparatory High School, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

This case is before the Court on the motion of John A. Bouhasin, an attorney of record for defendant Genesa Smith, for leave to withdraw as her attorney on the grounds that he has been contacted and informed by another attorney, David Hoffmann, that he has been retained by Ms. Smith to represent her.[1] Mr. Bouhasin's motion will be granted. [Doc. 17]

Mr. Hoffman, however, has not yet entered his appearance for Ms. Smith. Consequently, once Mr. Bouhasin withdraws, she will be unrepresented and this Court will be without a means to contact her. Accordingly, Mr. Bouhasin is directed to, **within five days of this Order**, file with the Clerk of Court Ms. Smith's address and telephone number and is to send a copy of this Order to Ms. Smith.

SO ORDERED.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 7th day of October, 2009.

---

[1] Mr. Bouhasin is also the attorney of record for defendant Eugene Page, and remains so.